

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 23, 2015

Mark D. Scott
Adam C. Burney
SCOTT, McNEILL & BURNEY, PLLC
3000 East Loop 820
Fort Worth, TX 76112
* DELIVERED VIA E-MAIL *

Steven W. Conder
Assistant Criminal District Attorney
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-14-00083-CR, 07-14-00084-CR, 07-14-00085-CR
Trial Court Case Numbers: 1328179D, 1328181D, 1344140R

**Style:** Malishia Lynn Booker v. The State of Texas

Dear Counsel:

Pursuant to TEX. R. APP. P. 39.1, the above styled and numbered causes will be submitted without oral argument on Monday, March 16, 2015.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK